1  CLIFF GARDNER
   (State Bar #93782)
2  CATHERINE WHITE
   (State Bar #193690)
3  19 Embarcadero Cove
   Oakland, California 94606
4  (510) 534-9404

5  Attorneys for Petitioner
   Dung The Pham
6

7
                IN THE UNITED STATES DISTRICT COURT
8
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   DUNG THE PHAM,                    )   C 02-1348 PJH
11                                   )
              Petitioner,            )
12                                   )
         v.                          )
13                                   )   PR~~OPOS~~ED ORDER
   C.A. TERHUNE,                     )   EXTENDING TIME TO FILE
14                                   )   PETITIONER'S REPLY
              Respondent.            )   BRIEF
15                                   )
   _____ )
16

17
         Petitioner's request for additional time within which to file a Petitioner's Reply
18
   Brief is granted. Petitioner shall have until March 28, 2006, within which to file a
19
   Petitioner's Reply Brief.
20

21        Date:  3/2/06
                _____
22                                        _____
                                          Hon. Phyllis J. Hamilton
23                                        U.S. District Judge

24             FINAL CONTINUANCE!

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA*