1  Edward W. Swanson SBN 159859
   SWANSON, McNAMARA & HALLER LLP
2  300 Montgomery Street, Suite 1100
   San Francisco, California 94104
3  Telephone: (415) 477-3800
   Facsimile: (415) 477-9010
4
   Attorney for Petitioner
5  Dung The Pham

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DUNG THE PHAM, | C 02-1348 PJH |
|---|---|
| Petitioner, | |
| vs. | [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE PETITIONER'S REPLY BRIEF |
| C.A. TERHUNE, | |
| Respondent. | |

Petitioner's request for additional time within which to file Petitioner's Reply Brief is

granted.  Petitioner shall have until May 12, 2006, within which to file Petitioner's Reply Brief.

Date: 3/31/06

_____
Honorable Phyllis J. Hamilton
United States District Judge

NO FURTHER EXTENSIONS.

IT IS SO ORDERED
Judge Phyllis J. Hamilton