UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DUNG THE PHAM,

    Petitioner,

    v.

CA. TERHUNE,

    Respondent.
_____/

No. C 02-1348 PJH

**ORDER REQUIRING RESPONDENT TO SUPPLEMENT RECORD**

In the most recent round of supplemental briefing submitted to this court, the parties have cited repeatedly to the transcripts of the September 17, 2004 oral argument in this case before the Ninth Circuit. However, neither party has submitted copies of those transcripts to this court. Upon review of the supplemental filings, the court has determined that the transcripts are necessary. Accordingly, respondent is ORDERED to supplement the record with the transcripts **no later than Friday, October 12, 2007.**

**IT IS SO ORDERED.**

Dated: October 3, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge