UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DUNG THE PHAM,

    Petitioner,

    v.

C.A. TERHUNE, in his capacity as head of the California Department of Corrections,

    Respondent.
_____/

No. C 02-1348 PJH

**JUDGMENT**

Pursuant to the order granting Pham's federal habeas petition under 28 U.S.C. § 2254 signed today, this action is DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 20, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge